UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WALTER J. POWELL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 16-30004-MGM |
| v. | * | |
| | * | |
| COMMONWEALTH OF MASSACHUSETTS, | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |

MEMORANDUM AND ORDER RE: REPORT AND RECOMMENDATION
REGARDING DEFENDANTS' MOTIONS TO DISMISS
(Dkt. Nos. 17, 31, 64, 66, 74, and 85)

December 6, 2016

MASTROIANNI, U.S.D.J.

Magistrate Judge Katherine A. Robertson has recommended the court grant the separate motions of the defendants P. Keyburn Hollister (Dkt. No. 17); Anthony Patella (Dkt. No. 31); Kenneth W. Luke and Francis B. Marinaro (Dkt. No. 64); Lisa M. McCormack, Clement A. Ferris, and Howard W. Neff, III (Dkt. No. 66); and Timothy J. Shugrue (Dkt. No. 74) to dismiss all five counts of *pro se* Plaintiff Walter J. Powell's operative complaint (Dkt. No. 50). The Report and Recommendation notified the parties that, if they had an objection, it would have to be filed within fourteen days. No objection has been filed.

Based upon the thorough analysis presented in the Report and Recommendation, and noting there are no objections, the court, upon *de novo* review, hereby ADOPTS the Report and Recommendation. (Dkt. No. 85.) Based upon this, Defendants' motions to dismiss (Dkt. Nos. 17, 31, 64, 66, and 74) are hereby GRANTED.

It is So Ordered.

    /s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge